THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FANNY P. DUDGEON, Appellant.— Judgment of the County Court, Nassau County, convicting defendant of violations of section 986 of the Penal Law (book-making and keeping a place for wagering), and sentencing her to imprisonment in the county jail for a period of four months and, in addition, to pay a fine of $500, modified on the facts by reducing the term of imprisonment to the time already served. As thus modified, the judgment is unanimously affirmed. In our opinion the sentence imposed was too severe. In view of the foregoing decision, the appeal from orders denying defendant's motions for a new trial, and in arrest of judgment, is dismissed. Present — Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BEATRICE GRAYER, Appellant.— Defendant appeals from a judgment of conviction for violation of the Multiple Dwelling Law, rendered by a city magistrate, holding a Court of Special Sessions of the City of New York, Borough of Brooklyn. Judgment unanimously affirmed. Defendant, the owner of record of the premises, was in control thereof and was properly convicted of a violation of the Multiple Dwelling Law upon her concession that the allegations of the complaint as to the condition of the building were substantially true. Present — Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VINCENT GUARINO, Appellant.— Appeal from a judgment of the County Court of Kings County convicting defendant of the crime of assault in the first degree and imposing an indeterminate sentence therefor, the maximum of such punishment to be ten years and the minimum five years, and imposing ten years additional imprisonment, pursuant to section 1944 of the Penal Law, for being armed. Judgment modified on the law by providing that the additional punishment imposed pursuant to section 1944 of the Penal Law shall be an indeterminate sentence of not less than five nor more than ten years. As so modified, the judgment is unanimously affirmed. The modification of the added sentence is required by *People* v. *Procito* (261 N. Y. 376). Present — Lewis, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES T. MAYO, Appellant.— Defendant appeals from a judgment of the County Court of Kings County convicting him, as a second offender, of the crimes of burglary in the second degree, assault in the second degree, and sodomy, for which he was sentenced to imprisonment on the burglary charge to twenty-five to thirty years; on the sodomy charge twenty-five to thirty years, and on the assault charge nine to ten years, all terms to run concurrently. Judgment affirmed. No opinion. Hagarty, Carswell, Johnston and Adel, JJ., concur; Lewis, P. J., dissents and votes to reverse the judgment of conviction and to dismiss the indictment on the ground that the identification of the defendant was not established beyond a reasonable doubt.